AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stafford, Jr., William H. | U.S. District Court, NDFL | 04/30/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

US Courthouse
111 North Adams Street
Tallahassee, FL 32301-7717

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason | 06/01/2011 to 06/03/2011 | Arlington, VA | Case Analysis | Lodging and Transportation |
| 2. | FREE | 08/01/2011 to 08/05/2011 | Gallatin, MT | Human & Envrionmental Health | Lodging and Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Life Insurance Co. (policy) | A | Dividend | J | W | | | | | |
| 2. Brokerage Account #1 | D | Int./Div. | M | T | | | | | |
| 3. - Morgan Stanley Bank Deposit Program (money market) | A | Interest | J | T | | | | | |
| 4. - Ares Capital Corp. common | B | Dividend | K | T | | | | | |
| 5. - AT&T Inc common | B | Dividend | K | T | | | | | |
| 6. - Blackrock Glbl Opp Eq Trst (closed end fund) | C | Dividend | K | T | Sold (part) | 11/11/11 | K | A | |
| 7. - Cohen & Steers Infrastructure Fund (closed end fund) | A | Dividend | J | T | | | | | |
| 8. - Nuveen INSD Qual Muni Fund (closed end fund) | B | Interest | K | T | | | | | |
| 9. - Lehman Bros HLDG (preferred stock) | | None | J | T | | | | | |
| 10. - GMAC 8.000% (corporate bond) | B | Interest | K | T | | | | | |
| 11. - JPMCHASE Capital XVI (fixed-rate capital security) | B | Interest | K | T | | | | | |
| 12. - NVIDIA common | | None | J | T | Donated (part) | | | | |
| 13. - S&P 500 Index Fund (ETF) | A | Dividend | | | Sold | 09/08/11 | J | A | |
| 14. - Banco Bilbao VIZ ARG SA ADS common | A | Dividend | | | Redeemed | 04/04/11 | J | B | |
| 15. - Covidien LTD common | A | Dividend | J | T | | | | | |
| 16. - SPDR DJIA Trust (ETF) | A | Dividend | J | T | | | | | |
| 17. - Duke Energy common | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - General Electric common | A | Dividend | J | T | | | | | |
| 19. - Johnson & Johnson common | A | Dividend | J | T | | | | | |
| 20. - Spectra Energy common | A | Dividend | J | T | | | | | |
| 21. - Tanger Factory common | A | Dividend | J | T | Donated (part) | | | | |
| 22. - TE Connectivity LTD New common | A | Dividend | J | T | | | | | |
| 23. - TYCO Intl common | A | Dividend | | | Sold | 12/22/11 | J | A | |
| 24. - Wal Mart common | A | Dividend | J | T | | | | | |
| 25. - Wells Fargo & Co. common | A | Dividend | J | T | | | | | |
| 26. - Emerging Mkts Domestic Debt (closed end fund) | A | Dividend | J | T | | | | | |
| 27. - iShares JPMorgan Emerging Mkt Bond (ETF) | A | Dividend | J | T | | | | | |
| 28. - Pfizer common | A | Dividend | J | T | | | | | |
| 29. - Virtus Multi-Sector ST Bond Fund (mutual fund) | A | Int./Div. | J | T | | | | | |
| 30. - Century Link common | A | Dividend | J | T | Buy | 09/08/11 | J | | |
| 31. IRA's - (Aggregate Ownership) | C | Dividend | M | T | | | | | |
| 32. - Morgan Stanley Bank Deposit Program (money market) | | | | | | | | | |
| 33. - PIMCO Total Return A (mutual fund) | | | | | | | | | |
| 34. - Allianz NFJ Small Cap Value A (mutual fund) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stafford, Jr., William H. | 04/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - T Rowe Price Eq Inc (mutual fund) | | | | | Sold (part) | 09/08/11 | J | | |
| 36. | | | | | Sold (part) | 07/15/11 | J | | |
| 37. | | | | | Sold (part) | 04/15/11 | J | | |
| 38. - Blackrock Core Bond (mutual fund) | | | | | | | | | |
| 39. - Virtus Multi-Sector Short Term Bond Fund (mutual fund) | | | | | | | | | |
| 40. - Legg Mason Partners Global Hi Yld Bond A (mutual fund) | | | | | | | | | |
| 41. - Columbia Marsico Growth A (mutual fund) | | | | | Sold (part) | 09/08/11 | J | | |
| 42. - Allianz CCM Mid-Cap A (mutual fund) (Y) | | | | | | | | | |
| 43. - Invesco US Small Cap Value A (mutual fund) | | | | | | | | | |
| 44. - Allianz NFJ INTL Value A (mutual fund) | | | | | | | | | |
| 45. - Lazard Emerging Markets Fund (mutual fund) | | | | | Buy | 01/21/11 | J | | |
| 46. - Managers Cadence Mid Cap A (mutual fund) | | | | | Sold (part) | 09/08/11 | J | | |
| 47. - Invesco Premier INSTL (money market) | | | | | Buy | 07/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Stafford, Jr., William H. | 04/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Many of the entries from previous reports were, and continue to be, held in IRA's and are reported under the Aggregate of Ownership Arrangement.

Part VII, lines 8, 10, 14, 22 & 36 of the 2010 Financial Disclosure Report were redeemed in 2010 and dropped from the 2011 Report.

Part VII, line #38 of the 2010 report, Allianz NFJ Small Cap Value A, was sold on 10/02/2009 and should have been dropped off the 2010 report. This fund can be seen on Line #34 of the 2011 Report.

Part VII, line #44 of the 2010 report, Allianz CCM Mid-Cap A, was merged into Managers Cadence Mid Cap A on 09/24/10 (line #49 of the 2010 Report). The merger was not recorded in the 2010 Report. Both funds are shown in the 2011 Report in Lines #42 and #46, respectively.

Part VII, Page 4, line 7 - This stock's name was changed in 2011 from Cohen & Steers Select Utility Fund (line #7 of the 2010 Report) to Cohen & Steers Infrastructure Fund.

Part VII, Page 5, line 23 - This stock's name was changed in 2011 from TYCO Electronics (line #26 of the 2010 Report) to TE Connectivity LTD New.

Part VII, Page 6, line 38 - This mutual fund's name was changed in 2011 from Blackrock Intermediate Bond (line #41 of the 2010 Report) to Blackrock Core Bond.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ___s/William H. Stafford, Jr._____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544